PER CURIAM.
 

 Affirmed. See
 
 Canell v. Arcola Hous. Corp.,
 
 65 So.2d 849 (Fla.1953);
 
 Skylake Ins. Agency, Inc. v. NMB Plaza, LLC,
 
 33 Fla. L. Weekly D2215, — So.3d -, 2008 WL 4224290 (Fla. 3d DCA Sept. 17, 2008);
 
 LynkUs Commc’ns v. WebMD Corp.,
 
 965 So.2d 1161 (Fla. 2d DCA 2007);
 
 India Am. Trading Co. v. White,
 
 896 So.2d 859 (Fla. 3d DCA 2005);
 
 Ashland Oil v. Pickard,
 
 269 So.2d 714 (Fla. 3d DCA 1972).